Michael N. Feuer, City Attorney (SBN 111529)
Joseph A. Brajevich, General Counsel LADWP (SBN 156144)
Eric H. Rosenblatt, Deputy City Attorney (SBN 181439)
Email: eric.rosenblatt@ladwp.com

OFFICE OF THE LOS ANGELES CITY ATTORNEY
111 North Hope Street, Suite 340
Los Angeles, CA 90012
Tel: 213.367.4619 Fax: 213.367.4588

H. James Wulfsberg (SBN 46192)
Email: jwulfsberg@bwslaw.com
Gregory R. Aker (SBN 104171)
Email: gaker@bwslaw.com
Timothy A. Colvig (SBN 114723)
Email: tcolvig@bwslaw.com

BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612
Tel: 510.273.8780 Fax: 510.839.9104

Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff, CITY OF LOS ANGELES, acting by and through the DEPARTMENT OF WATER AND POWER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEWIT POWER CONSTRUCTORS CO., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, acting by and through the DEPARTMENT OF WATER AND POWER,<br><br>Defendant. | Case No. 2:16-cv-02590-AB (GJSx)<br><br>**LADWP'S LIST OF TRIAL WITNESSES**<br><br>Judge: Hon. André Birotte, Jr.<br>Courtroom: 4<br><br>Trial Date: May 8, 2018 |

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

1

2   CITY OF LOS ANGELES, acting by
    and through the DEPARTMENT OF
3   WATER AND POWER,

4   Counterclaimant,

5    vs.

6   KIEWIT POWER CONSTRUCTORS
    CO., a Delaware corporation,
7
    Counterdefendant.
8
    CITY OF LOS ANGELES, acting by
9   and through the DEPARTMENT OF
    WATER AND POWER,
10
    Third-Party Plaintiff,
11
     vs.
12
    GENERAL ELECTRIC COMPANY, a
13  New York corporation,

14  Third-Party Defendant.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OAK #4823-6719-6512 v1

1

## LADWP'S LIST OF TRIAL WITNESSES

2   In accordance with the Court's standing order and Local Rule 16-2, LADWP

3 submits the following preliminary list of the witnesses it may call at trial.  LADWP

4 reserves the right to supplement or modify the list, depending upon the Court's

5 pretrial rulings, the factual and legal issues in dispute, and the witnesses Kiewit

6 chooses to make available during trial.  For expert witnesses, both retained and non-

7 retained, the list below supplements the subject areas of testimony identified by

8 LADWP in its Retained and Non-Retained Expert Disclosures served on December

9 15, 2017.

10

11

## I. LADWP, Third-Party Witnesses

12

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Jad Awad*** LADWP 111 N. Hope Street Los Angeles, CA  90012 | Mr. Awad is an electrical engineer who can testify as to the persistent problems Kiewit encountered, due to its own poor construction and project management, with its electrical work on the Project, resulting in delays and cost overruns having no relation to deliveries of GE equipment. Mr. Awad is also a non-retained expert for LADWP | 45 Mins. | | |

28

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

- 1 -

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | and may testify as to the subjects identified by LADWP in its Non-Retained Expert Disclosure served on December 15, 2017. | | | |
| **Arnel Bicol*** AECOM 1999 Avenue of the Stars, Suite 2600 Los Angeles, CA 90067 | Mr. Bicol, a geotechnical engineer, appeared as the corporate representative for AECOM, formerly known as URS. AECOM/URS was a subcontractor to Kiewit responsible for design and construction oversight of the Project's retaining walls. Thus, Mr. Bicol has direct knowledge of the numerous problems Kiewit encountered in constructing the retaining walls, which then delayed Kiewit in its preparations for bringing onto the Project site and setting the | 30 Mins. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | HRSG modules Kiewit alleges impacted its work. | | | |
| **Tom Caruso** Mark Resolve, Inc. 7200 S. Alton Way, Suite A200 Centennial, CO 80112 | Mr. Caruso, an expert in construction scheduling, is LADWP's witness on the scheduling issues raised by Kiewit's claims – specifically, that Kiewit's delays and additional construction costs were the result of its own poor engineering and construction work and failure to properly manage its work on the Project. Mr. Caruso's opinions and expected testimony are further detailed in LADWP's Retained Expert Witness Disclosure and attached Report, served on December 15, 2017. | 2 Hrs. | | |
| **Tony Chan** LADWP 111 N. Hope | Mr. Chan was LADWP's Site Manager for the Project | 1 Hr. | | |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-3-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Street<br>Los Angeles, CA 90012 | during critical phases of Kiewit's work, initial Kiewit delays in the performance of earth work and retaining wall work as well as Kiewit's delays in loop testing, start-up, testing, and commissioning, during which Kiewit was substantially late in virtually as aspects of its work, wholly apart from any impact of GE equipment deliveries.  Mr. Chan is also deeply familiar with the warranty issues that arose during start-up, testing, and commissioning, and during the operation of the plant from 2016 to the present.  Mr. Chan is also a non-retained expert for LADWP and may testify as to the subjects identified by | | | |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-4-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | LADWP in its Non-Retained Expert Disclosure served on December 15, 2017. Mr. Chan may also testify about other Kiewit projects, in response to the testimony of Kiewit's non-retained experts. | | | |
| **Suhir Daru** Exponent, Inc. 475 14th Street, Suite 400 Oakland, CA 94612 | Mr. Daru, an expert in construction cost estimating, is LADWP's chief witness on the cost of correcting Kiewit's deficient and incomplete work on the Project, and the cost of replacing defective equipment that cannot be repaired, totaling well over $100 million. Mr. Daru's opinions and expected testimony are further detailed in LADWP's Retained Expert Witness Disclosure and attached | 2 Hrs. | | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4823-6719-6512 v1

-5-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | Report, served on December 15, 2017. | | | |
| **Charli Dong** LADWP 111 N. Hope Street Los Angeles, CA 90012 | Mr. Dong was the Project Manager during critical phases of Kiewit's work on the Project, including in 2014-2015, during which Kiewit was substantially late in virtually as aspects of its work, wholly apart from any impact of GE equipment deliveries. Mr. Dong was Project Manager when Kiewit claims that its work was impacted by the GE equipment delays and when LADWP allegedly directed Kiewit to re-sequence and accelerate its work. Mr. Dong is able to testify that Kiewit was not ready to accept the HRSG equipment in May 2014 by virtue of Kiewit's delays to | 1.5 hrs. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | the underground and retaining wall work. Mr. Dong was also present and can testify as to the discussions between the parties over Kiewit's claim for additional compensation. Mr. Dong is also a non-retained expert for LADWP and may testify as to the subjects identified by LADWP in its Non-Retained Expert Disclosure served on December 15, 2017. Mr. Dong may also testify about other Kiewit projects, in response to the testimony of Kiewit's non-retained experts. | | | |
| **Lawrence Eiselstein** Exponent, Inc. 149 Commonwealth Drive | Dr. Eiselstein, an expert in corrosion protection, is LADWP's expert witness on the severe and | 1 Hr. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Menlo Park, CA 94025 | widespread corrosion the plant has experienced in its first two years of operation, due to insufficient protective coatings, when the coatings were supposed to have as life expectancy of at least 25 years.  Dr. Eiselstein's opinions and expected testimony are further detailed in LADWP's Retained Expert Witness Disclosure and attached Report, served on December 15, 2017. | | | |
| **John Fessler** Exponent, Inc. 15615 Alton Parkway, Suite 350 Irvine, CA 92618 | Dr. Fessler, an expert in mechanical engineering, is LADWP's expert witness on warranty issues arising from the malfunctioning air-cooled condenser, procured and installed by Kiewit, including malfunction of the pre- | 30 Mins. | | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4823-6719-6512 v1                    -8-                    CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | humidification system and the inoperative fin-tube cleaning system. Dr. Fessler's opinions and expected testimony are further detailed in LADWP's Retained Expert Witness Disclosure and attached Report, served on December 15, 2017. | | | |
| **Jose Gutierrez** LADWP 111 N. Hope Street Los Angeles, CA 90012 | Mr. Gutierrez was the Scattergood Project Manager during 2014, during which Kiewit was substantially late in virtually as aspects of its work, wholly apart from any impact of GE equipment deliveries. Mr. Gutierrez was Project Manager when the GE equipment delays occurred, and when Kiewit alleges it was impacted by those | 1 Hr. | | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4823-6719-6512 v1

-9-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | delays, the basis for its claim for additional compensation in this litigation. Mr. Gutierrez was a key participant in meetings with Kiewit the followed the GE equipment delays, in which LADWP repeatedly requested, but did not receive, backup for Kiewit's compensation claims. Mr. Gutierrez is also available to testify that Kiewit sought a contract modification to the BOP Agreement Substantial Completion dates, but Kiewit failed to furnish support for its request, and the dates were not modified to the BOP Agreement. Mr. Gutierrez is also a non-retained expert for LADWP and may testify as to the | | | |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-10-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | subjects identified by LADWP in its Non-Retained Expert Disclosure served on December 15, 2017.  Mr. Gutierrez may also testify about other Kiewit projects, in response to the testimony of Kiewit's non-retained experts. | | | |
| **Hayward Baker 30(b)(6) witness*** 14718 Pipeline Avenue, Suite B Chino Hills, CA 91709 | Hayward Baker was Kiewit's subcontractor responsible for constructing the Project's retaining walls, as a result of which Kiewit was delayed in its construction activities, including preparation of the area where the HRSG modules were to be brought into the Project site and set. | 30 Mins. | | |
| **William Hicks*** c/o Burke Williams & Sorensen, LLP 1901 Harrison Street, Suite 900 Oakland, CA | Mr. Hicks was quality assurance representative for Worley Parsons, LADWP's outside engineering support | 1 Hr. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| 94612 | firm.  Mr. Hicks spend large amounts of time at the Project site and can testify to the warranty issues that have arisen since the plant began operations, as well as Kiewit's consistently late completion of key Project tasks, having nothing to do with delivery of GE equipment components. Mr. Hicks is also a non-retained expert for LADWP and may testify as to the subjects identified by LADWP in its Non-Retained Expert Disclosure served on December 15, 2017. | | | |
| **Abid Kemal** Exponent, Inc. 149 Commonwealth Drive Menlo Park, CA 94025 | Dr. Kemal, an expert in mechanical engineering, is LADWP's expert witness on key warranty issues relating to the Project's | 1 Hr. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | auxiliary steam system, which suffered numerous failures within the first eighteen months of operation.  These included failure of the auxiliary steam boilers and transformer, due to their being undersized, and failure of the seal-steam superheater elements, due to overheating and moisture ingression.  Mr. Kemal's opinions and expected testimony are further detailed in LADWP's Retained Expert Witness Disclosure and attached Report, served on December 15, 2017. | | | |
| **Gene Lash** Delta Consulting Group 2010 Crow Canyon Place, Suite 100 | Mr. Lash, a CPA and forensic accountant, and an expert in construction cost accounting, is LADWP's | 2 Hrs. | | |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-13-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| San Ramon, CA 94583 | expert witness on Kiewit's alleged damages, as stated in PCO 111 and in the opinions expressed by Kiewit's damages witnesses including William Schwartzkopf.  Mr. Lash will testify as to the flawed and invalid damages analysis submitted by Kiewit in support of PCO 111 and subsequently by Mr. Schwartzkopf. Mr. Lash's opinions and expected testimony are further detailed in LADWP's Retained Expert Witness Disclosure and attached Report, served on December 15, 2017. | | | |
| **Patrick Macis*** LADWP 111 N. Hope Street Los Angeles, CA  90012 | Mr. Macis is a civil engineer for LADWP.  Mr. Macis is deeply familiar with issues relating to the | 30 Mins. | | |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-14-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | Project retaining walls, including the preliminary geotechnical report, Kiewit's design and construction of the retaining walls, and Kiewit's later claim for additional compensation arising the retaining wall construction. Mr. Macis is also a non-retained expert for LADWP and may testify as to the subjects identified by LADWP in its Non-Retained Expert Disclosure served on December 15, 2017. | | | |
| **Amir Mohammadi** LADWP 111 N. Hope Street Los Angeles, CA 90012 | Mr. Mohammadi is presently Plant Engineer and Warranty Manager for the Scattergood plant. As such, Mr. Mohammadi is knowledgeable in the difficulties LADWP has | 2 Hrs. | | |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-15-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | experienced in operating the plant, due to the numerous defects and deficiencies in Kiewit's work that form the basis of LADWP's warranty claims.  Mr. Mohammadi maintained the warranty records for LADWP's warranty claims and can testify about Kiewit's lack of response to numerous warranty issues. Mr. Mohammadi is also a non-retained expert for LADWP and may testify as to the subjects identified by LADWP in its Non-Retained Expert Disclosure served on December 15, 2017. | | | |
| **Gary Pratt*** Advisian 2330 E. Bidwell Street, Suite 150 Folsom, CA | Mr. Pratt was Senior Technical Consultant on the Project, employed by LADWP's outside | 45 Mins. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | engineering support firm, Worley Parsons.  Mr. Pratt was closely involved in issues involving the air-cooled heat exchangers (ACHEs), one of LADWP's key warranty claims, including review and preparation of the ACHE request for proposal, review of ACHE submittals, review of Kiewit's proposed ACHE test procedures, and subsequent analysis of the ACHE test results and ACHE performance shortfalls.  Mr. Pratt is also a non-retained expert for LADWP and may testify as to the subjects identified by LADWP in its Non-Retained Expert Disclosure served on December 15, 2017. | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-17-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Ali Reza**<br>Exponent, Inc.<br>5401 McConnell Avenue<br>Los Angeles, CA 90066 | Mr. Reza, an expert in mechanical engineering, is LADWP's expert witness on the failure of the Project's air-cooled heat exchangers (ACHEs) to meet their contractual performance guarantees and contractual design criteria. Mr. Reza is able to testify to the flawed and misleading test procedures Kiewit used in attempting to meet those guarantees. Mr. Reza's opinions and expected testimony are further detailed in LADWP's Retained Expert Witness Disclosure and attached Report, served on December 15, 2017. | 1 Hr. | | |
| **Michael Sandoval**<br>LADWP<br>111 N. Hope Street | Mr. Sandoval, a senior mechanical engineer for LADWP, was continuously | 45 Mins. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Los Angeles, CA  90012 | involved during the BOP Contract negotiations and drafting.  In addition, Mr. Sandoval is a key witness to Kiewit's attempt to unilaterally modify the BOP Contract's milestone schedule and associated schedule of liquidated damages.  Mr. Sandoval is also a non-retained expert for LADWP and may testify as to the subjects identified by LADWP in its Non-Retained Expert Disclosure served on December 15, 2017. | | | |
| **Ahmad Shahsiah** Exponent, Inc. 5401 McConnell Avenue Los Angeles, CA  90066 | Dr. Shahsiah is an expert in electrical and power engineering, including large-scale industrial transformers.  Dr. Shahsiah is LADWP's expert witness on the cause of the | 1 Hr. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | catastrophic failure of the auxiliary boiler transformer, designed and installed by Kiewit, one of LADWP's key warranty claims against Kiewit.  Dr. Shahsiah's opinions and expected testimony are further detailed in LADWP's Retained Expert Witness Disclosure and attached Report, served on December 15, 2017. | | | |
| **SPX Cooling Technologies 30(b)(6) witness*** 7401 West 129 Street Overland Park, KS  66213 | SPX was the manufacturer of the Project's intercooler ACHEs and can testify as to the expected performance of the ACHEs, the flawed and misleading procedures Kiewit's used in testing the ACHEs, and on the cost of replacing the ACHEs. | 45 Mins. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Louis Ting**<br>LADWP<br>111 N. Hope Street<br>Los Angeles, CA 90012 | Mr. Ting was LADWP's senior executive in charge of the Project's request for proposals and the responses to those requests, the BOP Contract negotiations, as well as during Kiewit's engineering and construction of the Project. In that role, Mr. Ting may testify as to each of those subject areas. Mr. Ting is also a non-retained expert for LADWP and may testify as to the subjects identified by LADWP in its Non-Retained Expert Disclosure served on December 15, 2017. Mr. Ting may also testify about other Kiewit projects, in response to the testimony of Kiewit's non-retained experts. | 1 Hr. | | |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-21-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Naim Triki** <br> Advisian <br> 2330 E. Bidwell Street, Suite 150 <br> Folsom, CA | Mr. Triki, an electrical engineer with Worley Parsons, filled a key role in providing engineering support to LADWP during critical phases of Kiewit's work on the Project. As WP's lead engineer on the Project during most of its critical phases, Mr. Triki has direct knowledge of all issues involving design and construction of the Project, including many of the warranty issues that have arisen. Mr. Triki is able to testify to the nature and scope of WP's review of Kiewit's schedule and that WP never confirmed any alleged delays to Kiewit's work. Mr. Triki is also a non-retained expert for LADWP and may testify as | 1 Hr. | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | to the subjects identified by LADWP in its Non-Retained Expert Disclosure served on December 15, 2017. | | | |
| **Wing Wong*** LADWP 111 N. Hope Street Los Angeles, CA  90012 | Mr. Wong is a mechanical engineer for LADWP. Mr. Wong may testify as to agreed and actual substantial completion dates for Units 4, 5, 6 and 7.  Mr. Wong is also a non-retained expert for LADWP and may testify as to the subjects identified by LADWP in its Non-Retained Expert Disclosure served on December 15, 2017. Mr. Wong may also testify about other Kiewit projects, in response to the testimony of Kiewit's non-retained experts. | 30 Mins. | | |

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-23-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

## II.  Kiewit Witnesses

In addition to the LADWP and third-party witnesses listed above, LADWP reserves the right to call the following Kiewit witnesses:

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Keenan Blunt** Contact Information Known to Kiewit | Mr. Blunt was Kiewit's designated corporate representative under FRCP Rule 30-b-6 on several key issues, including Kiewit's response to LADWP's request for proposal on the Scattergood Unit 3 Repowering Project, and on the preparation of PCO 111, including the supporting calculations, on which Kiewit's initial claim for additional compensation was based. | | 1 Hr. | |
| **David Flickinger** Contact Information Known to Kiewit | Mr. Flickinger is the President of Kiewit Power Constructors and the lead executive for Kiewit on the Project.  Mr. Flickinger is | | 1 Hr. | |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-24-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | thus knowledgeable about all aspects of the Project at the executive level, including Kiewit's response to LADWP's request for proposals, negotiation of the BOP Contract, as well as major engineering and construction issues, including the series of serious problems Kiewit encountered on the Project having nothing to do with the delayed GE equipment, such as construction of retaining walls, lack of coordination between Kiewit's design engineers and its construction personnel, inflated construction costs vs. budgeted costs, and numerous warranty issues. | | | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Frank Flink** Contact Information Known to Kiewit | Mr. Flink is Kiewit's warranty manager and is responsible for responding to the multitude of warranty issues that have arising at the Project since it began operations, including, but not limited to, catastrophic failure of the auxiliary boiler transformer, air-cooled condenser malfunctions, failure of the air-cooled heat exchangers (ACHEs) to meet performance guarantees, repeated overflows of the oil/water separators, and severe failure of the plant's corrosion protection system. | | 1 Hr. | |
| **Andrew Gardner** Contact Information Known to Kiewit | Mr. Gardner was Kiewit Engineering's project sponsor.  In that role, Mr. Gardner was familiar with the many problems | | 1 Hr. | |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4823-6719-6512 v1

-26-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | with Kiewit's engineering efforts on the Project that resulted in delays and added costs, including deficient geotechnical analysis, resulting in delays to retaining wall construction, and Kiewit's failure to timely and accurately produce engineering and design drawings, preventing construction personnel from progressing the work according to schedule. | | | |
| **Michael Rinehart** Contact Information Known to Kiewit | Mr. Rinehart is a mechanical engineer with Kiewit and served in various capacities during the Project. Performing constructability analyses for Kiewit, Mr. Rinehart oversaw construction of the Project's retaining walls, which severely delayed Kiewit's | | 1 Hr. | |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-27-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | work on the Project, before any delays occurred with the delivery of GE equipment components. Mr. Rinehart participated in investigating the cause of Kiewit's delays and large cost overruns on the Project retaining walls. Mr. Rinehart also was responsible for piping and documented defects and deficiencies in the piping drawings prepared by Kiewit. Mr. Rinehart also documented the deficient condition of the auxiliary boiler when it arrived at the Project site, before installation. | | | |
| **Gary Roush** Contact Information Known to Kiewit | Mr. Roush was Kiewit Engineering's project manager on the Project, prior to Mr. Thomas. Mr. Roush was thus familiar with the | | 1 Hr. | |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-28-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | many problems with Kiewit's engineering efforts on the Project that resulted in delays and added costs, including deficient geotechnical analysis, resulting in delays to retaining wall construction, and Kiewit's failure to timely and accurately produce engineering and design drawings. Mr. Roush was also familiar with the coatings requirements for the Project and documented deficient and non-compliant coatings submittals from Kiewit's subcontractor / vendors. | | | |
| **Dan Rocole** Contact Information Known to Kiewit | Mr. Rocole was initially assigned the responsibility of site construction manager for the Project and later became Kiewit's follow-on Project | | 1.5 Hrs. | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | Manager for Scattergood starting in October 2014 through substantial completion and early plant operations in 2016-2017.  As such, Mr. Rocole was involved in or managed the Project during key phases of the Project, including the GE equipment deliveries, start-up, testing, and commissioning.  In addition, Mr. Rocole has been, until recently, the primary Kiewit contact regarding Kiewit's warranty obligations. | | | |
| **Matt Scott** Contact Information Known to Kiewit | Mr. Scott was Kiewit's initial Project Manager for the Scattergood Project until October 2014.  Mr. Scott retained some additional responsibilities after leaving the site.  Mr. Scott was the Project Manager during | | 1.5 Hrs. | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | critical phases of its work, including BOP Contract negotiations, Kiewit's work on the Project before May 2014, in which it experience many problems and delays and recorded over budget performance that preceded the GE equipment delays, and after May 2014 when Kiewit alleges it was impacted by the GE equipment deliveries. | | | |
| **Matt Thomas** Contact Information Known to Kiewit | Mr. Thomas was Kiewit Engineering's project manager on the Project, following Mr. Roush.  Mr. Thomas was thus familiar with the many problems with Kiewit's engineering efforts on the Project that resulted in delays and added costs, including deficient geotechnical analysis, | | 1 Hr. | |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-31-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | resulting in delays to retaining wall construction, and Kiewit's failure to timely produce engineering and design drawings. | | | |
| **Kevin Wheeler** Contact Information Known to Kiewit | Mr. Wheeler was Project Engineer for Kiewit during the Project, responsible for cost control, scheduling, change orders, communications with LADWP, and engineering oversight.  In that position, Mr. Wheeler has broad knowledge of the problems Kiewit consistently encountered during the Project with progressing its engineering and design work in accordance with the Project schedule and with the severe and continuing cost overruns Kiewit suffered throughout the | | 1 Hr. | |

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-32-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| | Project. | | | |

Dated:  March 27, 2018

BURKE, WILLIAMS & SORENSEN, LLP


By:  /s/  *Gregory R. Aker*
    Gregory R. Aker

Attorneys for Defendant and Counterclaimant, CITY OF LOS ANGELES, acting by and through the DEPARTMENT OF WATER AND POWER

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-6719-6512 v1

-33-

CASE NO. 2-16-CV-02590-AB (GJSX)
LADWP'S LIST OF TRIAL WITNESSES