DAVID F. McPHERSON, ESQ. (Bar No. 175171)
dmcpherson@watttieder.com
SHELLY L. EWALD, ESQ. (*Pro Hac Vice*)
sewald@watttieder.com
REBECCA S. GLOS, (Bar No. 210396)
rglos@watttieder.com
ERIC M. LIBERMAN, ESQ. (*Pro Hac Vice*)
eliberman@watttieder.com
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
2040 Main Street, Suite 300
Irvine, California 92614
Telephone: 949-852-6700
Facsimile: 949-261-0771

Attorneys for Plaintiff and Cross-Defendant,
KIEWIT POWER CONSTRUCTORS CO.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEWIT POWER CONSTRUCTORS CO., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, acting by and through the DEPARTMENT OF WATER AND POWER,<br><br>　　　　Defendant.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. 2:16-cv-02590-AB-GJS<br><br>Assigned for All Purposes to the Honorable: Andre Birotte Jr.<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF ANTICIPATED OR ESTIMATED REPAIR COSTS**<br><br>Trial Date:　　May 8, 2018<br>Pretrial Conf.:　April 16, 2018<br>Courtroom:　　4 |

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

[PROPOSED] ORDER ON PLAINTIFF'S MOTION *IN LIMINE*
TO EXCLUDE EVIDENCE OF ANTICIPATED OR ESTIMATED REPAIR COSTS

The Motion *in Limine* of Plaintiff KIEWIT POWER CONSTRUCTORS CO. ("Kiewit") for an Order to preclude Defendant, CITY OF LOS ANGELES, ACTING BY AND THROUGH THE DEPARTMENT OF WATER AND POWER ("LADWP") from submitting any evidence at trial of anticipated or estimated repair costs has been considered along with any Opposition thereto.

After consideration of the Plaintiff's Motion *in Limine*, and any Opposition, IT IS HEREBY ORDERED that the Motion *in Limine* is granted and the Court orders as follows:

1. LADWP is precluded from submitting any evidence at trial regarding anticipated or estimated repair costs.

**IT IS SO ORDERED.**

Dated: _____        _____
                              Honorable Andre Birotte Jr.
                              United States District Court Judge