FILED
CLERK, U.S. DISTRICT COURT
JUN - 4 2018
CENTRAL DISTRICT OF CALIFORNIA
BY / DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEWIT POWER CONSTRUCTORS CO., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES, acting by and through the DEPARTMENT OF WATER AND POWER <br><br> Defendant. | Case No. 2:16-cv-02590-AB (GJSx) <br><br> **SPECIAL VERDICT FORM** |

1

## SPECIAL VERDICT FORM

We, the Jury, answer the questions submitted to us in regard to Kiewit Power Constructors Company's claims and City of Los Angeles's counterclaims in this action as follows:

### Kiewit Power Constructors Company's Claim 1 – Breach of Contract

1. Did Kiewit Power Constructors Company ("Kiewit") and City of Los Angeles, acting by and through the Department Of Water And Power, ("LADWP") enter into a contract?

    YES __✓__    NO_____

*If your answer to Question 1 is yes, then answer Question 2. If you answered no, stop here, and go to Question 1 of Kiewit's Claim 2 – Breach of the Covenant of Good Faith and Fair Dealing.*

2. Did Kiewit do all, or substantially all, of the significant things that the contract required it to do?

    YES __✓__    NO_____

*If your answer to Question 2 is yes, then answer Question 3. If you answered no, stop here, and go to Question 1 of Kiewit's Claim 2 – Breach of the Covenant of Good Faith and Fair Dealing.*

3. Did all the conditions that were required for LADWP's performance occur?

    YES __✓__    NO_____

*If your answer to Question 3 is yes, then answer Question 4. If you answered no, stop here, and go to Question 1 of Kiewit's Claim 2 – Breach of the Covenant of Good Faith and Fair Dealing.*

///
///
///
///

4. Did LADWP do something that the contract prohibited it from doing or fail to do something the contract required it to do?

  YES _____  NO \_\_✓\_\_\_\_

*If your answer to Question 4 is yes, then answer Question 5. If you answered no, stop here, and go to Question 1 of Kiewit's Claim 2 – Breach of the Covenant of Good Faith and Fair Dealing.*

5. Was Kiewit harmed by LADWP's breach of contract?

  YES _____  NO _____

*If your answer to Question 5 is yes, then answer Question 6. If you answered no, stop here, and go to Question 1 of Kiewit's Claim 2 – Breach of the Covenant of Good Faith and Fair Dealing.*

6. What are Kiewit's damages? $_____

*Please go to Question 1 of Kiewit's Claim 2 – Breach of the Covenant of Good Faith and Fair Dealing on the following page.*

## Kiewit's Claim 2 – Breach of the Covenant of Good Faith and Fair Dealing

1. Did Kiewit and LADWP enter into a contract?

    YES __✓__    NO_____

    *If your answer to Question 1 is yes, then answer Question 2. If you answered no, stop here, and go to Question 1 of LADWP's Counterclaim 1 – Breach of Contract.*

2. Did Kiewit do all, or substantially all, of the significant things that the contract required it to do?

    YES __✓__    NO_____

    *If your answer to Question 2 is yes, then answer Question 3. If you answered no, stop here, and go to Question 1 of LADWP's Counterclaim 1 – Breach of Contract.*

3. Did LADWP unfairly interfere with Kiewit's right to receive the benefits of the contract?

    YES __✓__    NO_____

    *If your answer to Question 3 is yes, then answer Question 4. If you answered no, stop here, and go to Question 1 of LADWP's Counterclaim 1 – Breach of Contract.*

4. Was Kiewit harmed by LADWP's interference?

    YES __✓__    NO_____

    *If your answer to Question 4 is yes, then answer Question 5. If you answered no, stop here, and go to Question 1 of LADWP's Counterclaim 1 – Breach of Contract.*

5. What are Kiewit's damages? $ __45,000,000.00__

    *Continue to Question 1 of LADWP's Counterclaim 1 – Breach of Contract on the following page.*

## LADWP's Counterclaim 1 – Breach of Contract

1. Did LADWP and Kiewit enter into a contract?

    YES __✓__    NO_____

    *If your answer to Question 1 is yes, then answer Question 2. If you answered no, stop here, and go to Question 1 of LADWP's Counterclaim 2 – Breach of the Covenant of Good Faith and Fair Dealing.*

2. Did LADWP do all, or substantially all, of the significant things that the contract required it to do?

    YES __✓__    NO_____

    *If your answer to Question 2 is yes, then answer Question 3. If you answered no, stop here, and go to Question 1 of LADWP's Counterclaim 2 – Breach of the Covenant of Good Faith and Fair Dealing.*

3. Did all the conditions that were required for Kiewit's performance occur?

    YES __✓__    NO_____

    *If your answer to Question 3 is yes, then answer Question 4. If you answered no, stop here, and go to Question 1 of LADWP's Counterclaim 2 – Breach of the Covenant of Good Faith and Fair Dealing.*

4. Did Kiewit do something that the contract prohibited it from doing or fail to do something the contract required it to do?

    YES _____    NO __✓__

    *If your answer to Question 4 is yes, then answer Question 5. If you answered no, stop here, and go to Question 1 of LADWP's Counterclaim 2 – Breach of the Covenant of Good Faith and Fair Dealing.*

///
///
///
///
///

5. Was LADWP harmed by Kiewit's breach of contract?

    YES _____  NO_____

*If your answer to Question 5 is yes, then answer Question 6. If you answered no, stop here, and go to Question 1 of LADWP's Counterclaim 2 – Breach of the Covenant of Good Faith and Fair Dealing.*

6. What are LADWP's damages? $_____

*Please go to Question 1 of LADWP's Counterclaim 2 – Breach of the Covenant of Good Faith and Fair Dealing on the following page.*

SPECIAL VERDICT FORM

## LADWP's Counterclaim 2 – Breach of the Covenant of Good Faith and Fair Dealing

1. Did LADWP and Kiewit enter into a contract?

   YES ✓    NO _____

   *If your answer to Question 1 is yes, then answer Question 2. If you answered no, stop here, and sign and date this form.*

2. Did LADWP do all, or substantially all, of the significant things that the contract required it to do?

   YES ✓    NO _____

   *If your answer to Question 2 is yes, then answer Question 3. If you answered no, stop here, and sign and date this form.*

3. Did Kiewit unfairly interfere with LADWP's right to receive the benefits of the contract?

   YES ✓    NO _____

   *If your answer to Question 3 is yes, then answer Question 4. If you answered no, stop here, and sign and date this form.*

4. Was LADWP harmed by Kiewit's interference?

   YES ✓    NO _____

   *If your answer to Question 4 is yes, then answer Question 5. If you answered no, stop here, and sign and date this form.*

5. What are LADWP's damages? $ 1,000,000.00

   *Please sign and date this form.*

DATED: June 4, 2018    SIGNED: REDACTED

U.S.D.C. PRESIDING JUROR

**_Please deliver this verdict form to the bailiff after it is completed and signed._**