UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEWIT POWER CONSTRUCTORS CO., | Case No. 2:16-cv-2590-AB (GJSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF LOS ANGELES, acting by and through the DEPARTMENT OF WATER AND POWER, | |
| Defendant. | |

**IT IS ORDERED, ADJUDGED, AND DECREED that:**

1. Kiewit Power Constructors Company ("Kiewit") shall receive $45,000,000 from the City of Los Angeles, acting by and through the Department of Water and Power ("LADWP").  LADWP also shall pay Kiewit prejudgment interest of $875,342.67.

2. Judgment is entered in favor of Kiewit on LADWP's claim for liquidated damages.  LADWP shall recover nothing with respect to this claim.

3. LADWP shall receive $1,000,000 from Kiewit.  Kiewit also shall pay LADWP prejudgment interest of $19,451.87.

4. Judgment is entered in favor of LADWP with respect to Kiewit's claim under California Public Contract Code § 7107.  Kiewit shall recover nothing with respect to this claim.

Dated: August 14, 2018

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE